# STATE SUPREME COURT
## Judges, Officers, Proceedings, Sessions and Opinions

## SUPREME COURT of OHIO
### COLUMBUS

Chief Justice—C. T. Marshall, Zanesville.
Judges—R. M. Wanamaker, Akron; Thomas A. Jones, Columbus; Edward S. Matthias, Van Wert; James E. Robinson, Marysville; Florence E. Allen, Cleveland; Robert H. Day, Massillon.
Clerk—Seba H. Miller, Springfield.
Deputy Clerks—Thos. J. Edwards, Lawrence J. Corcoran.
Regular Term—First Tuesday after first Monday of January, at Columbus.
Reporter—John W. L. Henney, Columbus; Bell.
Assistant Reporters—Clinton Collins, H. L. Connett, Columbus.

### LAW LIBRARY

Librarian—John W. Shaw, Troy.
Assistants—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

## SUPREME COURT
### NEW CASES FILED

#### Monday, February 26th, 1923

17875. Chris Grube v. State of Ohio, Chris Grube v. State of Ohio, Solomon Grube v. State of Ohio; Clark County; motion to certify record; attorney for plaintiff, John M. Lewis and T. J. McCormick of Springfield, Ohio; for defendant, Otto L. McKinney and Wm. F. Beirtt of Springfield, Ohio.

17876. D. G. Bird et al. v. the Board of Education of the Bergholz Village School District et al.; Jefferson county; motion to certify record; attorney for plaintiff, Edward McKinley, Steubenville, Ohio; for defendant, Roy A. Carpenter and Earl B. McMaster of Steubenville, Ohio.

#### Tuesday, February 27th, 1923

17877. Orpha E. Eddy et al. v .John F. Maher et al., Darke county; motion to certify record; attorney for plaintiff, John M. Hoel, Greenville, Ohio, DeCamp, Sutphin & Brumleve, Cincinnati, Ohio; for defendant, John F. Maher, L. E. Kerlin and Martin B. Trainer of Greenville, Ohio.

17878. Fillip Spiess and Katherine Spiess v. Society for Savings, Cuyahoga county; motion to certify record; attorney for plaintiff, Gilbert Morgan, Cleveland, Ohio; for defendant, Squire, Sanders & Dempsey, Cleveland, Ohio.

17879. Eli P. Love v. Dora Love, Darke county; motion to certify record; attorney for plaintiff, Mamux, Crawford & Billingsley, Greenville, Ohio; for defendant, John F. Maher and Denver C. Harlan of Greenville, Ohio.

#### Wednesday, February 28th, 1923

17880. The City of Bucyrus, Ohio, v. Daniel Aumiller; Crawford county; motion to certify record; attorney for plaintiff, D. L. Sears, city solicitor, and and Chas. Gallinger of Bucyrus, Ohio; for defendant, L. C. Feighner, Bucyrus, Ohio.

17881. Thomas McNary and Jonas W. McEnerny v. Jesse A. Siddall et al.; Lucas county; motion to certify record; attorney for plaintiff, M. C. McEnerny, Toledo, Ohio; T. J. Dowling, Toledo, Ohio; for defendant, Stahl & Price, Toledo, Ohio.

#### Thursday, March 1st, 1923

17882. James C. Davies as director general of railways and agent, v. Fred W. Weber; Mahoning county; motion to certify record; attorney for plaintiff, Harrington, DeFord, Huxley & Smith. Youngstown, Ohio; for defendant, John Ruffalo, and C. J. Wall, Youngstown, Ohio.

#### Friday, March 2nd, 1923

17883. State of Ohio v. John Brozich; Cuyahoga county; motion for leave to file petition in error; attorney for plaintiff, Edward C. Stanton, Thos. J. Herbert, Cleveland, Ohio; for defendant, Jesse Stephens, C. V. Liggett, Cleveland, Ohio.

#### Saturday, March 3rd, 1923

17884. Emil Renkel v. Industrial Commission of Ohio; Cuyahoga county; motion to certify record; attorney for plaintiff, Klein & Harris and T. S. Dunlap, Cleveland, Ohio; for defendant, E. C. Stanton and Geo. C. Harmon, Cleveland, Ohio.

#### Monday, March 5th, 1923

17885. Susie Ross Hopper v. Geo. D. Meeker; Hamilton county; motion to certify record; attorney for plaintiff, Theodore Horstman and James B. Swing, Cincinnati, Ohio; for defendant, Walter A. Ryan and Robt. P. Goldman, Cincinnati, Ohio.

17886. Walter K. Richards et al. v. The City of Findlay et al.; Hancock county; motion to certify record; attorney for plaintiff, Geo. H. Phelps, Findlay, Ohio; for defendant, Wm. S. Snook, Findlay, Ohio.

#### Tuesday, March 6, 1923
#### GENERAL DOCKET

17146. Nellie McMurtrie v. The Wheeling Traction Co.; error to the Court of Appeals of Jefferson county. Judgment of the court of appeals reversed and that of the Court of Common Pleas affirmed. Wanamaker, Robinson, Matthias, Day and Allen, JJ., concur.

17336. United Fuel Gas Co. v. City of Ironton; error to the Court of Appeals of Lawrence county. Judgment reversed. Marshall, C. J., Robinson, Jones, Matthias and Day, JJ., concur. Wanamaker and Allen, JJ., dissent.

17472. Raymond J. Logan v. The Cleveland Railway Co.; error to the Court of Appeals of Cuyahoga county. Judgment reversed. Marshall, C. J., Wanamaker, Robinson, Matthias and Allen, JJ., concur.

17555. Milton Sobolovitz v. The Lubric Oil Co.; certified by the Court of Appeals of Cuyahoga county. Judgment of the court of common pleas reversed. Marshall, C. J., Robinson, Jones and Matthias, JJ., concur.

17577. George D. Hile, taxpayer, v. City of Cleveland; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Marshall, C. J., Wanamaker, Jones, Matthias, Day and Allen, JJ., concur. Robinson, J., dissents.

17599. William Reutener v. City of Cleveland et al.; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Marshall, C. J., Wanamaker, Jones, Matthias, Day and Allen, JJ., concur. Robinson, J., dissents.

17657. Allen Loomis v. The Toledo Railways & Light Co.; error to the Court of Appeals of Lucas county. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day and Allen, JJ., concur. Wanamaker, J., dissents.